```
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91    *** GRIP C01 ***
CR-87-00346-01                                                  CR-87-00346-01
                                                                     PAGE 1
                    US-V-ESPINOZA
                    as of 04/05/90 at 12:02 AM

Judge: JUDGE GREENE              Prior Magistrate Number: 86-0502M-01

Defendant:                                        Case Filed: 08/20/87
01  ESPINOZA, ENRIQUE
    Address: 5347 Taney Ave. -102
             Alexandria, VA 22304
    Dft ID: -2474                                 Birth date: 10/28/45
    Defendant terminated: 11/30/87
    Terminated counts:
      Fraud, Passport fraud -
      False Statement in
      Application for Passport.,
      18 USC 1542 (1)
                                         Disposition
                                         (Count 1): Three (3) years,
Offense Level (disposition): FEL         EXECUTION OF SENTENCE
Total Jail: 4 Mo  Total Probation: 36 Mo SUSPENDED, All except Four
Complaints:                              (4) months time served;
  Mag complaint 08/29/86 (18 USC 1542).  Three (3) years probation.
                                         $50.00 special assessment.
Defense Counsel:                         (Rep: L. Beasley) (11/30/87)
  HUBER, RICHARD
  1704 R Street, N.W.
  Washington, DC 20009
  (202) 234-2700

U S Attorneys:
  FREDERIKSEN, SCOTT
  772-9078
```

```
COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91 *** GRID D01 ***
CR-87-00346-01                                                    PAGE 2
US-V-ESPINOZA                           PROCEEDINGS

08/29/86   Magistrate complaint. (MAGISTRATE DWYER) (kt'd 08/21/87).
           Arrest warrant issued (MAGISTRATE DWYER) (kt'd 08/21/87).
07/21/87   Defendant arrested (kt'd 08/21/87).
           Warrant of arrest executed by arrest on 07/21/87 (kt'd
           08/21/87).
07/22/87   Defendant committed. Commitment issued CN406 10-day hold)
           (kt'd 08/21/87).
07/24/87   Defendant committed. Commitment issued ($15,000 Surety Not
           Made.) (kt'd 08/21/87).
07/27/87   Order appointing attorney HUSER, RICHARD to represent
           defendant (voucher number 148196) (MAGISTRATE BURNETT)
           (kt'd 08/21/87).
08/20/87   Filed indictment (kt'd 08/27/87).
           Case assigned to JUDGE GREENE (kt'd 08/21/87).
           - Category: D
08/24/87   Arraignment and plea set for 08/28/87 @ 9:45 AM (Count 1)
           (before Judge Greene) (kt'd 08/21/87).
08/26/87   Arraignment held (Count 1) (kt'd 08/27/87).
           Defendant enters plea of not guilty (Count 1) (kt'd
           08/27/87).
           Status hearing set for 09/11/87 @ 9:45 AM before Judge
           Greene. Bond remains set at $15,000.00 surety. Deft.
           committed. (Judge Greene's case) (MAGISTRATE
           DWYER) (kt'd 08/27/87).
           Defendant committed. Commitment issued (kt'd 08/27/87).
09/11/87   Status hearing held (kt'd 09/17/87).
           Status hearing set for 09/25/87 @ 9:45 AM (deft. comm/comm
           issued. (Rep: L. Beasley) (JUDGE GREENE) (kt'd 09/17/87).
09/25/87   Status hearing held (kt'd 10/06/87).
           Status hearing set for 10/16/87 @ 9:30 AM (deft. comm/comm
           issued. (Rep: L. Beasley)) (JUDGE GREENE) (kt'd 10/06/87).
09/30/87   Defendant committed. Commitment issued (kt'd 10/06/87).
10/15/87   Status hearing reset to 10/15/87 @ 1:45 PM before Judge
           Oberdorfer) (kt'd 10/13/87).
           Status hearing continued to 10/20/87 (plea
           rescheduled. Deft. remanded. (Judge Harold Greene's case)
```

COMB RETIRED CRIMINAL DOCKETSDC(DIST. OF COLUMBIA 04/23/91 *** GRID E01 ***
CR-87-00346-01                                                    PAGE 3
US-V-ESPINOZA
PROCEEDINGS

(Rep. E. Olsen:) (JUDGE GESELL) (Dkt'd 10/23/87).

10/20/87    Status hearing held (Dkt'd 10/26/87): Defendant withdraws plea of not guilty (Count 1) (Dkt'd 10/26/87). Defendant enters plea of guilty (Count 1) (as charged in the indictment.) (Dkt'd 10/26/87). (Rep: S. Izzo). (Sentence date to be set, deft. remanded to Probation Office for pre-sentence report (Count 1) (Judge Harold Greene's case) (JUDGE GESELL) (Dkt'd 10/26/87).

10/26/87    Filed waiver of jury trial (approved) (JUDGE GESELL) (Dkt'd 10/26/87).

10/29/87    US Attorney FREDERICKSEN, SCOTT added to case (Dkt'd 10/29/87).

11/04/87    Sentencing set for 11/30/87 (Count 1) before Judge Harold Greene. (Dkt'd 11/09/87).

11/30/87    Sentencing of defendant (Count 1) (Three (3) years, (4) months EXECUTION OF SENTENCE SUSPENDED, All except $50.00 special assessment. (Rep: L. Beasley) (JUDGE GREENE) (Dkt'd 12/08/87). Judgment and probation (Count 1) (JUDGE GREENE) (Dkt'd 12/08/87). Notice filed (Receipt and acknowledgement of presentence investigation report) (Dkt'd 12/08/87).

12/07/87    Judgment and probation (Count 1) (JUDGE GREENE) (Dkt'd 12/14/87).

End of docket