PROB 19
(Rev. 1/82)

# United States District Court

for

DISTRICT OF COLUMBIA

**FILED**

**MAR 0 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs   Enrique Espinoza        Docket No.   87-00346-01

TO:[1]   ANY U.S. MARSHAL

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| ESPINOZA, Enrique | | | |

| ADDRESS (STREET, CITY, STATE) | | |
|---|---|---|
| U.S. DISTRICT COURT - Washington, D.C.   20001 | DATE IMPOSED | November 30, 1987 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) U.S. DISTRICT COURT - Washington, D.C.   20001 | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| JAMES F. DAVEY | Thomas S. Hilter | 16 MAR 1990 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 3-16-90 | DATE EXECUTED 3-7-07 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) USMS, US District Court WDC 20001 | | |
| NAME George Walsh | (BY) Laural Baldwin | DATE 3-7-07 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."