UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 87-346-TFH |
| v. | : | |
| ENRIQUE ESPINOZA, | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Angela S. George, telephone number (202) 514-7315, and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

  /s/
ANGELA S. GEORGE
Assistant United States Attorney
Federal Major Crimes Section
DC Bar No. 470-567
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
(202) 514-7315
Angela.George@usdoj.gov