UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

ENRIQUE ESPINOZA,

Defendant.

Criminal Action No. 87-346
TFH/DAR

## REPORT AND RECOMMENDATION

Defendant, his counsel, his assigned United States Probation Officer and an Assistant United States Attorney appeared before the undersigned United States Magistrate Judge on April 10, 2007 for a preliminary revocation hearing.

The Defendant pled guilty to one count of false statement in application for a passport, in violation of 18 U.S.C. § 1542. On November 30, 1987, Defendant was sentenced to three years incarceration with credit for four months. The balance of the term of incarceration was suspended and Defendant was placed on three years probation. Defendant's supervision was transferred to the United States Probation Office for the Eastern District of Virginia on July 27, 1989.

In a Form 12 filed in March, 2007 the assigned United States Probation Officer alleges three violations by Defendant of his conditions of probation: (1) his arrest on December 15, 1989 for possession with intent to distribute cocaine, possession of marijuana, and concealment of merchandise; (2) his failure to report to the United States Probation Office since October 3, 1989; and (3) his March 1, 2007 arrest for possession with intent to distribute marijuana, possession of marijuana, possession with intent to distribute cocaine, carrying a concealed weapon, and

United States v. Espinoza                                                                                                    2

concealment of merchandise.

At the hearing, the Defendant, through his counsel, conceded the second alleged violation.

The Probation Office withdrew the first and third alleged violations. The assigned United States Probation Officer recommended that the Defendant's probation be revoked, and that the Defendant be sentenced to the remainder of his suspended sentence, which is 32 months incarceration. The Assistant United States Attorney agreed with the Probation Officer's recommendation.

Defendant, through counsel, reserved his right to allocute until he appears before the sentencing court. Generally, Defendant's counsel observed that Defendant had not been convicted of any new offense from 1989 through the present, and that he is now 61 years old. Defendant's counsel proposed, as an alternative to the imposition of the balance of the suspended sentence, residence in a halfway house for a period of four to six months.

The Court finds, based on the representations made by counsel for the government, the assigned United States Probation Officer, and counsel for the Defendant, that Defendant has violated his conditions of probation as alleged. For the reasons offered preliminarily by counsel for Defendant, the undersigned recommends that the sentencing court exercise its discretion to impose no further term of incarceration.

It is, on this 19th day of April, 2007,

**SO RECOMMENDED.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge