A 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

**FILED**

MAY 17 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Case Number  CR 87-346

ENRIQUE ESPINOZA

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
**(For Offenses Committed On or After November 1, 1987)**

The defendant, ENRIQUE ESPINOZA, was represented by SHAWN MOORE

It appearing that the defendant, who was sentenced on NOVEMBER 30, 1987 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 16TH day of MAY 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

SIX (6) MONTHS WITH CREDIT FOR TIME SERVED. NO FURTHER TERM OF SUPERVISED RELEASE ORDERED.

THE COURT RECOMMENDS THAT THIS CASE BE REFERRED TO IMMIGRATION and CUSTOMS ENFORCEMENT(ICE).

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 17th day of MAY 2007

*[signature]*
CHIEF JUDGE THOMAS F. HOGAN, U.S. DISTRICT COURT JUDGE